

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00112-CV

**EIS DEVELOPMENT II, LLC,**

**Appellant**

 **v.**

**BUENA VISTA AREA ASSOCIATION,**

**Appellee**

**From the 40th District Court
Ellis County, Texas
Trial Court No. 104809**

## MEMORANDUM OPINION

Appellant EIS Development II, LLC, has filed an "Unopposed Motion for Voluntary Dismissal Under Tex. R. App. Proc. 42.1(a)(1)" requesting this Court to dismiss the appeal as moot and tax the costs against the party incurring same. Appellee Buena Vista Area Association is not opposed to the relief requested in appellant's motion.

Accordingly, appellant's motion is granted, this appeal is dismissed, and costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(1), (d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
Justice Johnson, and
Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed September 29, 2021
[CV06]

